**Order Nunc Pro Tunc entered December 16, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01443-CV

## IN RE THOMAS J. ELLIS, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-1010227**

# ORDER NUNC PRO TUNC

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     MICHAEL J. O'NEILL
         JUSTICE